# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136013 & (20)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

RICHARD LEE OWENS,
        Defendant-Appellant.

SC: 136013
COA: 279169
Oakland CC: 79-042691-FY

_____/

       On order of the Court, the application for leave to appeal the February 19, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion for miscellaneous relief is GRANTED.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

_____
Clerk

s0828